Filed for Record
6/16/2015 10:18:38 AM
Rhonda Barchak, District Clerk
Brazoria County, Texas
69510
Kim Mire, Deputy

CAUSE NO. 69510

| | | |
|---|---|---|
| EUGENE ELDRIDGE et al. | § | IN THE DISTRICT COURT OF |
| | § | |
| vs. | § | |
| | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| BRAZORIA COUNTY, TEXAS | § | 149th JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/16/2015 4:45:01 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANT BRAZORIA COUNTY'S NOTICE OF APPEAL

1.      Defendant, Brazoria County, desires to appeal from the trial court's order denying its plea to the jurisdiction, signed on June 10, 2015.
(See Exhibit A)

2.      Defendant, Brazoria County, appeals to either the First or the Fourteenth Court of Appeals.

3.      This is an accelerated appeal as it is an appeal from an order denying a plea to the jurisdiction made by Brazoria County, a governmental unit.


                                    Respectfully submitted,



                                    /s/Raethella Jones
                                    Raethella Jones
                                    Assistant District Attorney
                                    111 E. Locust, Suite 408A
                                    Angleton, Texas   77515
                                    (979) 864-1232
                                    (979) 849-8914 fax
                                    rjones@brazoria-county.com
                                    Bar Card No. 75007981

## CERTIFICATE OF SERVICE

I certify that a copy of this notice of appeal was served on all counsel of record by:    X    , regular mail,        X     certified mail,    X    , fax,    X    electronic mail or _____ personal delivery on June 16, 2015.


/s/ Raethella Jones
Raethella Jones